# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DOUGLAS A. HOCH,

    Plaintiff,

v.                            Case No: 8:22-cv-202-CEH-AAS

MICHAEL J. ASTRUE, ADAM NEIDENBERG, KENNETH LAVAN and MARC RUDDY,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on April 19, 2022 (Doc. 10). In the Report and Recommendation, Magistrate Judge Sansone recommends that: 1) Mr. Hoch's Motion to Proceed *in Forma Pauperis* (Doc. 5) be denied and 2) Mr. Hoch's amended complaint (Doc. 9) be dismissed without prejudice, and the Clerk be directed to close this case. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 10) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 5) is **DENIED**.

(3) Plaintiff's amended complaint (Doc. 9) is **DISMISSED,** without prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on May 9, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record
Unrepresented Parties